KYLE SCHUMACHER (BAR #121887)
kschumacher@perryshields.com
**PERRY, SHIELDS, CAMPBELL,
FLOYD, PLLC**
227 N. Loop 1604 E. Ste. 130
San Antonio, TX. 78232
503-482-8137 ph
281-715-3209 fax

Attorneys for Plaintiff
William Arthur Warner

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| William Arthur Warner**,**<br><br>                    Plaintiff,<br><br>       v.<br><br>Equifax Information Services, LLC; Finco TransUnion, LLC; Wilmington Trust, National Association; and DOES 1 through 100 inclusive**,**<br><br>                    Defendants. | CASE NO.  6:20-cv-01444-MK<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff William Arthur Warner, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendant Equifax Information Services, LLC, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)    By the Plaintiff

    (A)    Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

Defendant Equifax Information Services, LLC have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Equifax Information Services, LLC may be dismissed from the Complaint for all purposes and without an Order.

**PERRY, SHIELDS, CAMPBELL, FLOYD, PLLC**

Dated:  October 17, 2020                    By:    */s/ Kyle W. Schumacher*
                                                            Kyle W. Schumacher
                                                            Attorney for Plaintiff

PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-